# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Ricky Howard Fairley, Debtor          Case No. 21-50708-KMS
                                                             CHAPTER 13

## RESPONSE

COMES NOW, Debtor, by and through counsel, and responds to the Trustee's Motion to Modify Plan (dk # 43) as follows:

1. Debtor commenced this case on 06/21/2021 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtor objects to the Trustee's requested Motion to Modify as currently proposed.

3. Debtor intends to file a Motion to Modify Chapter 13 Plan to address the issues raised to proposed terms that are appropriate under the circumstances.

4. Debtor respectfully requests that the Court deny the Trustee's Motion to Modify Plan without prejudice to Debtor's forthcoming modification.

WHEREFORE, Debtor prays for an Order denying the Motion and for such additional or alternative relief as may be just and proper.

                                   Respectfully submitted,

                    By:    /s/ Thomas C. Rollins, Jr.
                           Thomas C. Rollins, Jr. (MSBN 103469)
                           Attorney for Debtor


Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

CERTIFICATE OF SERVICE

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was forwarded on February 18, 2026, to:

By Electronic CM/ECF Notice:

    David Rawlings

    U.S. Trustee

                                              /s/ Thomas C. Rollins, Jr.
                                              Thomas C. Rollins, Jr.