IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Ricky Howard Fairley, Debtor                    Case No. 21-50708-KMS
                                                         **CHAPTER 13**

## NOTICE

Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: February 18, 2026        Signature:   /s/ Thomas C. Rollins, Jr.
                                            Thomas C. Rollins, Jr. (MSBN 103469)
                                            Jennifer Ann Curry Calvillo (MSBN 104367)
                                            The Rollins Law Firm, PLLC
                                            P.O. Box 13767
                                            Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Ricky Howard Fairley, Debtor               Case No. 21-50708-KMS
                                                    CHAPTER 13

**MOTION TO MODIFY BANKRUPTCY PLAN**

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on June 21, 2021 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtors' priority and secured claims have been paid in full pursuant to the terms of the confirmed plan.

3. Debtor is below median income and the commitment period is 3 years.

4. Debtor proposes to modify the confirmed plan to shorten the term of the confirmed plan from 60 months to 56 months.

WHEREFORE, Debtor prays that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on February 18, 2026, to:

By Electronic CM/ECF Notice:

    David Rawlings

    U.S. Trustee

                                <u>/s/ Thomas C. Rollins, Jr.</u>
                                 Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

RICKY HOWARD FAIRLEY

CASE NO: 21-50708

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 2/18/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Modify Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/18/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>RICKY HOWARD FAIRLEY | CASE NO: 21-50708<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 2/18/2026, a copy of the following documents, described below,

Notice and Motion to Modify Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/18/2026

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 21-50708<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>WED FEB 18 12-13-38 PST 2026 | MISSISSIPPI DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>POST OFFICE BOX 22808<br>JACKSON MS 39225-2808 | PRA RECEIVABLES MANAGEMENT LLC<br>POB 41067<br>NORFOLK VA 23541-1067 |
| EXCLUDE<br><br>US BANKRUPTCY COURT<br>DAN M RUSSELL JR US COURTHOUSE<br>2012 15TH STREET SUITE 244<br>GULFPORT MS 39501-2036 | ADVANCE AUTO PARTS<br>5060 HARDY ST<br>HATTIESBURG MS 39402-1307 | CBC RECOVERY<br>1208 W PINE STREET<br>HATTIESBURG MS 39401-5060 |
| COMMUNITY CHOICE FINAN<br>212 C BROADWAY DR<br>HATTIESBURG MS 39401-5036 | COMPREHENSIVE RAD SERV<br>5000 W 4TH ST<br>HATTIESBURG MS 39402-1000 | CONSUMER PORTFOLIO SERVICES<br>PO BOX 57071<br>IRVINE CA 92619-7071 |
| CREDIT ONE BANK<br>PO BOX 98872<br>LAS VEGAS NV 89193-8872 | DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA PA 19101-7346 | FINANCE SYSTEM INC<br>32 S 9TH ST<br>RICHMOND IN 47374-5504 |
| INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON MS 39201-5025 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | LOAN MASTER<br>6051 US HWY 98 W<br>STE 2<br>HATTIESBURG MS 39402 |
| EXCLUDE<br><br>(D)MISSISSIPPI DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P O BOX 22808<br>JACKSON MS 39225-2808 | MS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON MS 39225-2808 | NATIONAL CREDIT ADJUST<br>PO BOX 3023<br>327 W 4TH STREET<br>HUTCHINSON KS 67501-4842 |
| NATIONAL SALES LE<br>1206 B HARDY ST<br>HATTIESBURG MS 39401-4168 | PRA RECEIVABLES MANAGEMENT LLC AS AGENT OF<br>PORTFOLIO RECOVERY ASSOCIATES LLC<br>POB 41067<br>NORFOLK VA 23541-1067 | PANTHER CREDIT LLC<br>134 S MAIN ST<br>PETAL MS 39465-2332 |
| PERSONAL FINANCE LLC<br>1835 HARDY STREET<br>HATTIESBURG MS 39401-4914 | (P)TRS RECOVERY SERVICES INC<br>P O BOX 674169<br>MARIETTA GA 30006-0070 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON DC 20530-0001 |
| EXCLUDE<br><br>UNITED STATES TRUSTEE<br>501 EAST COURT STREET<br>SUITE 6-430<br>JACKSON MS 39201-5022 | UNIVERSITY TIRE AND SE<br>107 S 40TH AVE<br>HATTIESBURG MS 39402-1602 | (P)WEST SIDE LENDING LLC<br>PO BOX 687<br>KESHENA WI 54135-0687 |

EXCLUDE

~~(P)DAVID RAWLINGS~~
~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~
~~PO BOX 566~~
~~HATTIESBURG MS 39403-0566~~

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG  MS 39401-3836

DEBTOR

RICKY HOWARD FAIRLEY
606 HACIENDA AVE
HATTIESBURG  MS 39402-1835

EXCLUDE

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM - PLLC~~
~~PO BOX 13767~~
~~JACKSON  MS 39236-3767~~