# Proceeding Minutes / Proceeding Memo

**Case #:** 21-50708          **Case Name:**  Ricky Howard Fairley

**Set:**  04/07/2026 01:30 pm   **Chapter:**  13   **Type:** bk     **Judge**  Katharine M. Samson

**matter**   Motion and Notice to Modify Chapter 13 Plan with Certificate of Service Date of Service: 2/4/2026 Filed by Trustee David Rawlings Objections due 03/6/2026. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Attachments: # 1 Proposed Order)  (Dkt. #43)

Response filed by the Debtor (Dkt. #44)

---

   Minute Entry Re: (related document(s): [43] Motion and 30 Day Notice to Modify Plan filed by David Rawlings) Duncan to submit an Agreed Order. Order due by 04/21/2026. Email received from Wilson. (mcc)