Certificate Number: 17082-MSS-DE-040831906

Bankruptcy Case Number: 21-50708



17082-MSS-DE-040831906

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 8, 2026, at 10:39 o'clock AM MST, RICKY H FAIRLEY completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: April 8, 2026            By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director