United States Bankruptcy Court
Southern District of Mississippi

In re:

Ricky Howard Fairley

　　Debtor

Case No. 21-50708-KMS

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6　　　　　　　　　User: mssbad　　　　　　　　　Page 1 of 2

Date Rcvd: Apr 08, 2026　　　　　　　Form ID: pdf012　　　　　　　Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol　　　　Definition**

+　　　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ricky Howard Fairley, 606 Hacienda Ave, Hattiesburg, MS 39402-1835 |
| | + WIS PAK, 2 W L RUNNELLS INDUSTRIAL DRIVE, HATTIESBURG, MS 39401-8529 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2026　　　　　　Signature:　　　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Jennifer A Curry Calvillo | on behalf of Debtor Ricky Howard Fairley jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Ricky Howard Fairley trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-6                     User: mssbad                                Page 2 of 2
Date Rcvd: Apr 08, 2026                  Form ID: pdf012                             Total Noticed: 2
TOTAL: 5

21-50708-KMS   Dkt 56   Filed 04/10/26   Entered 04/10/26 23:35:37   Page 2 of 3

District/off: 0538-6                     User: mssbad                                Page 2 of 2
Date Rcvd: Apr 08, 2026                  Form ID: pdf012                             Total Noticed: 2
TOTAL: 5

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 8, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 PROCEEDING:
  RICKY HOWARD FAIRLEY                               21-50708 KMS
  606 Hacienda Ave
  Hattiesburg, MS  39402                             SSN:  XXX-XX-8405

### RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

    WIS PAK
    2 W L RUNNELLS INDUSTRIAL DRIVE
    HATTIESBURG, MS  39401

was required to pay debtor's earnings or a portion thereof to:

    DAVID RAWLINGS, TRUSTEE
    LOCK P.O. BOX 871
    HATTIESBURG, MS  39403
    (601) 582-5011


IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT
DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net